IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS, LLC, a Pennsylvania limited liability company and INTERDIGITAL TECHNOLOGY CORP., a Delaware corporation,<br><br>        Plaintiffs,<br>v.<br><br>NOKIA CORPORATION, a Finnish corporation and NOKIA INC., a Delaware corporation,<br><br>        Defendants. | Civil Action No.: _____<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiffs InterDigital Communications, LLC and InterDigital Technology Corp. state that InterDigital, Inc. is the sole parent for each of these entities and owns 100% of each of these entities.

Dated: August 7, 2007

                                                Richard K. Herrmann #405
                                                Mary B. Matterer #2696
                                                MORRIS JAMES LLP
                                                500 Delaware Avenue, Suite 1500
                                                Wilmington, Delaware  19801
                                                (302) 888-6800
                                                rherrmann@morrisjames.com

OF COUNSEL:
Patrick J. Coyne
Christopher P. Isaac
Lionel M. Lavenue
Houtan K. Esfahani
Rajeev Gupta
Qingyu Yin
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

                                    Attorneys for Plaintiffs,
                                    INTERDIGITAL COMMUNICATIONS, LLC
                                    and INTERDIGITAL TECHNOLOGY CORP.