AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT  ORIGINAL

District of Delaware

INTERDIGITAL COMMUNICATIONS, LLC and
INTERDIGITAL TECHNOLOGY CORP.,
Plaintiffs,

V.

NOKIA CORPORATION and NOKIA INC.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  - 0 7 - 4 8 9 -

TO: (Name and address of Defendant)

Nokia Inc.
c/o Registered Agent - National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE  19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard K. Herrmann, Esq.
Mary B. Matterer, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801
302.888.6800

an answer to the complaint which is served on you with this summons, within _____Twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                        8/7/07
CLERK                                                  DATE

*E. [signature]*

(By) DEPUTY CLERK

2002 © American LegalNet, Inc.

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8/8/07 |
| NAME OF SERVER (PRINT) Bryan Steilkie | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served Registered Agent, National Registered Agents located at 160 Greentree Drive Suite 101, Dover, DE 19904 Service was accepted by Debbie Seaunlo at 3:40 P.M.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/8/07      _Bryan Steilkie_
              Date          Signature of Server

15 E North St Dover, DE 19904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

2002 © American LegalNet, Inc.