# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

August 9, 2007

**BY ELECTRONIC FILING AND HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk
United States District Court
844 King Street
Wilmington, DE 19801

    Re: *InterDigital Communications LLC, et al. v. Nokia Corp., et al.,*
         C.A. No. 07-489

Dear Dr. Dalleo:

    We are counsel for Nokia Corp. and Nokia Inc. (collectively, "Nokia") in C.A. No. 05-16-JJF. This action (07-489) was filed against Nokia on August 7, 2007. This is to advise the Court that, pursuant to D. Del. LR 3.1 (b), this action should have been marked as related to Nokia v. InterDigital, C.A. 05-16-JJF, as well as to InterDigital v. Samsung, C.A. No. 07-165-JJF.

                          Respectfully,

                          Jack B. Blumenfeld

cc:    Richard Herrmann, Esquire (By hand)
        Richard L. Horwitz, Esquire (By hand)
        John G. Day, Esquire (By hand)