# Morris James LLP

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

August 14, 2007

**VIA ELECTRONIC FILING
AND HAND DELIVERY**
Dr. Peter T. Dalleo, Clerk of the Court
USDC for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *InterDigital Communications Corp., et al. v. Nokia Corp., et al.*
            *C.A. No. 07-489*

Dr. Dalleo:

    We are in receipt of Mr. Blumenfeld's letter dated August 9, 2007. InterDigital agrees that the Court may wish to consider this matter related to CA #07-165-JJF in that the patents in the two matters are the same and each matter includes an action for patent infringement. While InterDigital believes this matter is not related to CA #05-16-JJF the issue is moot, since action 07-165-JJF and CA #05-16-JJF are both assigned to Judge Farnan.

    Yours,

Richard K. Herrmann, I.D. No. 405
rherrmann@morrisjames.com

cc:    Jack B. Blumenfeld, Esquire (By hand and e-mail)
        John G. Day, Esq. (By hand and email)
        Richard L. Horwitz, Esquire (By hand and e-mail)