IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS LLC and INTERDIGITAL TECHNOLOGY CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>NOKIA CORPORATION and NOKIA INC.,<br><br>        Defendants. | C.A. No. 07-489 (SLR) |

**STIPULATION AND ORDER**

WHEREAS defendant Nokia Corp. has agreed to waive formal service of the Complaint upon itself and accepts service through its undersigned counsel;

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for defendants Nokia Corp. and Nokia Inc. to move, answer, or otherwise plead in response to the Complaint is extended to November 5, 2007.

| MORRIS JAMES LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard K. Herrmann (#405)* | */s/ Julia Heaney (#3052)* |
| Richard K. Herrmann (#405)<br>Mary Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>  *Attorneys for Plaintiffs* | Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>  *Attorneys for Defendants* |

August 27, 2007
1221279

IT IS SO ORDERED this _____ day of August, 2007.

_____
United States District Court Judge