IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERDIGITAL COMMUNICATIONS, LLC, a Pennsylvania limited liability company and INTERDIGITAL TECHNOLOGY CORP., a Delaware corporation,<br><br>        Plaintiffs,<br>v.<br><br>NOKIA CORPORATION, a Finnish corporation and NOKIA INC., a Delaware corporation,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 07-489 SLR<br><br><br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' RESPONSE TO
DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS**

On October 5, 2007, Defendants moved for a stay of the proceedings (DI #11) on the grounds that both defendants have been accused of infringing the same three patents at issue in an action brought before the International Trade Commission. At this time the Plaintiffs have no objection to Defendants' Motion to Stay regarding the '004 and the '996 patents. However, the Commission has not yet affirmed the Administrative Law Judge's order granting the Plaintiffs' motion to amend the ITC complaint to include the '579 patent. Plaintiffs request that this Court await the Commission's ruling prior to deciding the motion to stay on the '579 patent. Once the Commission has ruled, which should be on or before November 12, 2007, Plaintiffs will be able to advise the Court whether there is an objection to the motion to stay on this patent. In the unlikely event the Commission overrules the Administrative Law Judge's order granting the Plaintiffs' motion to amend, InterDigital will object to the stay as to the '579 patent in this Court.

At this time the Plaintiffs object to the motion to stay as to the '579 patent until the Commission has ruled.

|  |  |
|---|---|
| Dated:  October 22, 2007 | _/s/ Richard K. Herrmann_<br>Richard K. Herrmann #405<br>Mary B. Matterer #2696<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, Delaware  19801<br>(302) 888-6800<br>rherrmann@morrisjames.com |

OF COUNSEL:
Patrick J. Coyne
Christopher P. Isaac
Lionel M. Lavenue
Houtan K. Esfahani
Rajeev Gupta
Qingyu Yin
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC  20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

                              Attorneys for Plaintiffs,
                              INTERDIGITAL COMMUNICATIONS, LLC
                                and INTERDIGITAL TECHNOLOGY CORP.