IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERDIGITAL COMMUNICATIONS LLC and INTERDIGITAL TECHNOLOGY CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> NOKIA CORPORATION and NOKIA INC., <br><br> Defendants. | C.A. No. 07-489 (SLR) |

## STIPULATION AND ORDER

WHEREAS defendants have stated that they will not oppose plaintiffs' Motion to File Second Amended Complaint (D.I. 13); and

WHEREAS defendants' Motion to Stay Proceedings (D.I. 11) is pending;

IT IS HEREBY STIPULATED by the parties, subject to approval of the Court, that the time for defendants to respond to plaintiffs' Second Amended Complaint shall be extended until 20 days following entry of the Court's decision on defendants' Motion to Stay (D.I. 11), if the Court denies that motion.

MORRIS JAMES LLP

/s/ Richard K. Herrmann (#405)
_____
Richard K. Herrmann (#405)
Mary Matterer (#2696)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
  Attorneys for Plaintiffs

November 15, 2007

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney (#3052)
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19801
(302) 658-9200
  Attorneys for Defendants

IT IS SO ORDERED this _____ day of November, 2007.


_____
United States District Court Judge